Approved by: _____
             ERICA SOLOSKY
             Special Assistant United States Attorney

Before:  THE HONORABLE MARTIN R. GOLDBERG
         United States Magistrate Judge
         Southern District of New York

19mj 6055

- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :     MISDEMEANOR
                                          COMPLAINT
                                    :
         -v-                              Violation of
                                    :
                                          NYVATL 511(1)(a)
JONATHAN L. RILEY                   :

                                    :     COUNTY OF OFFENSE:
         Defendant                        ORANGE
                                    :
- - - - - - - - - - - - - - - - - - - - - -x

SOUTHISN DISTRICT OF NEW YORK, ss.:

   JASON GONZALEZ, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

   On or about April, 8 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, Peter Bianchi, the Defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle at Thayer Gate and an investigation revealed that the defendant's state driver's license had been suspended.

   (New York Vehicle and Traffic Law, Section 511(1)(a))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about April 8, 2019 at approximately 3:07 p.m., MP Officer Pellegrino, was conducting Random Anti-Terrorism Measures (RAMS) Thayer Gate when a blue Ford vehicle, being driven by the defendant, was selected for a random vehicle inspection. A check on the defendant's driver's license, revealed that his driver's license was suspended.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number 6715986/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

JASON GONZALEZ
Court Liaison

Sworn to before me this
27th day of June, 2019

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York