UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
United States of America,

                              Plaintiff,

-against-

                                                             Case No. 7:19-mj-6055

Jonathan L. Riley

                              Defendant.
-------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                          SO ORDERED.

                                                          Hon. Martin R. Goldberg
                                                          United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York